UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-05154-CAS (FMOx) | Date | February 11, 2008 |
|---|---|---|---|
| Title | *ATEX CORPORATION vs. CANTANA CORPORATION, ET AL., [AND RELATED CROSS-CLAIMS]* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang/Michele Murray | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

At the October 1, 2007 scheduling conference, the Court set a status conference re: settlement on February 11, 2008 at 11:00 a.m. At the February, 11, 2008 status conference re: settlement, no appearances were made by counsel or on the parties' behalf.

The Court hereby issues this Order to Show Cause for the parties' failure to appear at a court ordered hearing. The parties are ordered to show cause in writing no later than February 26, 2008 why this action should not be dismissed.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ/MDM |